**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*
*13869*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Bridget E. Zarrillo*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*

*Main: (973) 645-2700*
*Direct: (973) 297-2034*
*bridget.zarrillo@usdoj.gov*

October 29, 2026

**BY ECF**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** ***Vargas Molina v. Tsoukaris,* No. 26-13869 (CCC)**
**Petitioner's Bond Hearing**

Dear Judge Cecchi:

This Office represents Respondents in this habeas matter. On October 22, 2026, ICE issued a Form I-286, Notice of Custody Determination, detaining Petitioner pending removal proceedings. Ex. 1 (Form I-286). We respectfully write, pursuant to the Court's October 23, 2026 Order, ECF No. 2, to confirm that Petitioner received a bond hearing on October 28, 2026. At that hearing, an Immigration Judge denied Petitioner's request for release on bond. *See* Ex. 2 (Order of Immigration Judge). Petitioner may seek administrative review of the IJ's decision via appeal to the Board of Immigration Appeals. *See* 8 C.F.R. §§ 1003.19(f), 1003.1(b)(7), 1003.38; *Hugo A. A. Q. v. Green,* No. 17-5755 (JMV), 2018 WL 3993456, at *3 (D.N.J. Aug. 21, 2018).]

Accordingly, Petitioner has received all process due under 8 U.S.C. § 1226(a).[1] *See, e.g., Kollie v. Bondi,* No. 26-1158 (MAS), 2026 WL 1290660, at *1 (D.N.J. May 12, 2026) (holding that a detainee eligible for a bond hearing under § 1226(a) must

[1] ICE further reports that Petitioner has the following criminal history, *see generally* Ex. 3 (Rap Sheet):

- On September 17, 2019, Petitioner was arrested by the Newark Police Department and charged with one count of Possession of Prescription Legend Drugs, in violation of N.J.S.A. 2C:35-10.5A(1) and one count of Possession of CDS (Marijuana), in violation of N.J.S.A. 2C:35-10A(4). Petitioner charges were dismissed as a result of a conditional discharge.

exhaust administrative remedies before bringing a habeas petition). We therefore respectfully ask the Court to close this case and lift all temporary restraints.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Bridget E. Zarrillo*
BRIDGET E. ZARRILLO
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 10/30/2026